**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 05-7060**

————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

GREGORY MCGAIL GARDNER,

                                        Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, District Judge.  (1:99-cr-00443-TSE)

————————

Submitted: October 17, 2006          Decided: October 20, 2006

————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Gregory McGail Gardner, Appellant Pro Se.  Eugene Joseph Rossi, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory McGail Gardner appeals the district court's order denying relief on his motion for a credit against his sentence under 18 U.S.C. § 3585 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gardner</u> No. 1:99-cr-00443-TSE (E.D. Va. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>